Leah A. Martin, Esq.
Nevada Bar No. 7982
Amber Scott, Esq.
Nevada Bar No. 14612
LEAH MARTIN LAW
3100 W. Sahara Ave., Ste. 202
Las Vegas, Nevada 89102
Telephone: (702) 420-2733
Facsimile: (702) 330-3235
lmartin@leahmartinlv.com
ascott@leahmartinlv.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| RICHARD E. O'BRINGER, PA-C, PROF. CORP., dba ADVANCED SURGICAL ASSOCIATES, a Professional Corporation, <br><br> Plaintiff, <br><br> vs. <br><br> AETNA BETTER HEALTH OF NEVADA, INC., a Nevada corporation; ROE BUSINESS ENTITIES I through X, Inclusive, <br><br> Defendants. | Case No.: 2:18-cv-01836-JCM-NJK |

**STIPULATION AND ORDER FOR EXTENSION TO RESPOND TO DEFENDANTS' MOTION TO DISMISS**

Plaintiff RICHARD E. O'BRINGER, PA-C, PROF. CORP., dba ADVANCED SURGICAL ASSOCIATES, by and through its attorneys LEAH MARTIN LAW, and Defendant AETNA BETTER HEALTH OF NEVADA, INC., by and through its attorneys, GORDON REES SCULLY MANSUKHANI, LLP, hereby stipulate as follows:

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1.     That due to Plaintiff's counsel's prior trial obligations, an extension shall be granted to Plaintiff to allow it to respond to Defendant's Motion to Dismiss Plaintiff's Complaint (ECF No. 6) by October 29, 2018.

Dated this 22 day of October, 2018

GORDON REES SCULLY MANSUKHANI, LLP

*/s/ Robert S. Larsen*

_____

ROBERT S. LARSEN, ESQ.
Nevada Bar No. 7785
WING YAN WONG, ESQ.
Nevada Bar No. 13622
300 South Fourth Street, Suite 1550
Las Vegas, Nevada 89101
Telephone: 702-577-9300
Facsimile: 702-255-2858
rlarsen@grsm.com
wwong@grsm.com
*Attorneys for Defendants*

Dated this 23rd day of October, 2018

LEAH MARTIN LAW

_____

LEAH A. MARTIN, ESQ
Nevada Bar No. 7982
AMBER SCOTT, ESQ.
Nevada Bar No. 14612
3100 W. Sahara Ave., Ste. 202
Las Vegas, NV 89102
Telephone: 702-420-2733
Facsimile: 702-330-3235
lmartin@leahmartinlv.com
ascott@leahmartinlv.com
*Attorneys for Plaintiff*

IT IS SO ORDERED.

_____

UNITED STATES DISTRICT JUDGE
DATED: October 24, 2018.